IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD FISH,

    Plaintiff,

vs.                                                  Civ. No. 00-885 DJS/WWD ACE

AMERICA ONLINE, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Defendant has filed a motion to compel [docket no. 26] which seeks full and complete answers to Defendant's first interrogatories numbered 1, 4, 5, 7, 11, and 15. Defendant also seeks the production requested in request for production number 10. I have reviewed the objections made by Plaintiff to interrogatories numbered 1, 5, 7, 11, and 15, and I find that none of the objections made to these interrogatories are valid. Plaintiff will be required to make an answer in proper form to interrogatory number 4. With respect to request for production no. 10, Plaintiff will not be required to produce statements made to his attorney. He will be required to produce any written or recorded statements available to him from his unemployment hearing.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff shall make full and complete responses to interrogatories numbered 1, 4, 5, 7, 11, and 15 on or before February 23, 2001.

**IT IS FURTHER ORDERED** that Plaintiff shall produce to Defendant any statements, whether written or otherwise recorded, which Plaintiff has or is able to obtain concerning his unemployment hearing on or before February 23, 2001.

_____
UNITED STATES MAGISTRATE JUDGE